UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                    Case No. 18-17662-LMI
                                                                          Chapter 13
Diane Dixon

      Debtor
_____/

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to Local Rule 9013-1, Debtor Diane Dixon moves the Court to modify her Chapter 13 Plan, and in support of the motion states:

1. On June 12, 2019, this Court granted Debtor's Motion to Modify Chapter 13 Plan and approved Debtor's Fifth Modified Plan. *See* D.E. 48, D.E. 74, D.E. 76.

2. On September 18, 2019, the Trustee filed a Motion to Dismiss due to Debtor's alleged failure to properly account for monies owed to Bank of America in accordance with its Proof of Claim #6.

3. Debtor filed a Sixth Modified Plan [D.E. 86] but failed to file the instant motion.

4. As a result, the Debtor, pursuant to the Trustee's direction, is requesting to modify the current Fifth Modified Plan to correct the error and properly itemize the amounts owed in arrearages pre and post-petition so that the amounts are consistent with the Proof of Claim #6.

Dated October 30, 2019.

                                      Respectfully submitted,
                                      LEGAL SERVICES OF GREATER
                                      MIAMI, INC.

                                      By      /s/ Maria Alvarez
                                        Maria Alvarez
                                        Florida Bar No. 57141
                                        Attorney for Debtor

                4343 West Flagler Street #100
                Miami, FL 33134
                Phone and Fax: 305-438-2423
                Email: MAlvarez@legalservicesmiami.org
                Alt.: CRodriguez@legalservicesmiami.org