**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ Ninth _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Diane Dixon    JOINT DEBTOR: _____    CASE NO.: 18-17662-LMI

SS#: xxx-xx- 3711    SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $743.39 for months 1 to 18 ;
2. $1,746.53 for months 19 to 60 ;
3. $0.00 for months ___ to ___ ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ■ NONE    ☐ PRO BONO

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Bank of America c/o Carrington Mortgage Services, LLC

   Address: PO BOX 3730, Anaheim, CA 92806

   Last 4 Digits of Account No.: 6307

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | 11,540.89 | |
   | Arrears Payment (Cure) | $112.20 | /month (Months 1 to 18) |
   | Arrears Payment (Cure) | $226.70 | /month (Months 19 to 60) |
   | Regular Payment (Maintain) | $244.26 | /month (Months 1 to 18) |
   | Regular Payment (Maintain) | $865.81 | /month (Months 19 to 60) |
   | Arrears Paymt (post-petition) (two 410S2) | $0.00 | /month (Months 1 to 18) |
   | Arrears Paymt (post-petition) (two 410S2) | $47.98 | /month (Months 19 to 60) |

   Other: Arrears to BOA are $11,540.89 + $1,565 (11/5/19 Form 410S2) + $450 (02/03/20 Form 410S2)

- ■ Real Property
  - ■ Principal Residence
  - ☐ Other Real Property

Check one below for Real Property:
- ■ Escrow is included in the regular payments
- ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
17926 NW 40th Court
Opa Locka, FL 33055

☐ Personal Property/Vehicle

Description of Collateral: Real property, homestead

---

2. Creditor: Le Jeune Gardens Homeowners Association

Address: c/o Registered Agent
Carla Jones, Esq
550 NE 124th Street
Miami, FL 33161

Arrearage/ Payoff on Petition Date    11,755.00
Arrears Payment (Cure)    $146.82    /month (Months  1  to  18 )
Arrears Payment (Cure)    $216.95    /month (Months  19 to  60 )
Regular Payment (Maintain)    $42.71    /month (Months  1  to  18 )
Regular Payment (Maintain)    $63.12    /month (Months  19 to  60 )

Last 4 Digits of Account No.:  0343

Other: _____

- ■ Real Property
  - ■ Principal Residence
  - ☐ Other Real Property

Check one below for Real Property:
- ☐ Escrow is included in the regular payments
- ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
17926 NW 40th Court
Opa Locka, FL 33055

☐ Personal Property/Vehicle

Description of Collateral: real property, homestead

---

**B. VALUATION OF COLLATERAL:**  ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:**  ■ NONE

2. **VEHICLES(S):**  ☐ NONE

---

1. Creditor: Westlake Financial Services
   Address: 4751 Wilshire Blvd., Ste 100
   Los Angeles, CA 90010

   Last 4 Digits of Account No.: 2413
   VIN: IFAHP2F89EG110976
   Description of Collateral:
   2014 Ford Taurus 4D Sedan Limited, 73,587 miles

   Value of Collateral:    $8,000.00
   Amount of Creditor's Lien:    $14,999.69
   Interest Rate:    5.00%

   **Payment**
   Total paid in plan:    $9,058.20
   $113.13   /month (Months  1  to  18 )
   $167.19   /month (Months  19 to  60 )

   Check one below:
   - ■ Claim incurred 910 days or more pre-petition
   - ☐ Claim incurred less than 910 days pre-petition

3. **PERSONAL PROPERTY:**  ■ NONE

- C. **LIEN AVOIDANCE**  ☒ NONE
- D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
  - ☒ NONE
- E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
  - ☒ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

- A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE
- B. **INTERNAL REVENUE SERVICE:** ☒ NONE
- C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE
- D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

- A. Pay ___$16.69___ /month (Months _1_ to _18_ )

  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

- B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.
- C. **SEPARATELY CLASSIFIED:** ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
  - ☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

☒ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

Bank of America c/o its Servicer, Carrington Mortgage Services, LLC has filed a POC (Claim #6) and consents to being added to the plan [DE 61]. The total mortgage arrearage of $16,493.94 is comprised of $11,540.89 in pre-petition default and $4,953.05 for Nov. 2018-May 2019 mortgage payments. A Form 410S2 was filed on 11/5/19 for additional post petition fees of $1,565.00

☐ Mortgage Modification Mediation

Debtor(s): Diane Dixon    Case number: 18-17662-LMI

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor  _____ Date    _____ Joint Debtor  _____ Date
Diane Dixon

/s/ Maria Alvarez    02/10/2020
Attorney with permission to sign on Debtor(s)' behalf    Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**