# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

CASE NO.: 18-17662-BKC-LMI
PROCEEDING UNDER CHAPTER 13

IN RE:

DIANE DIXON

DEBTOR_____/

## NOTICE CONTINUING TRUSTEE'S MOTION TO DISMISS

**YOU ARE HEREBY NOTIFIED** that the Trustee's Motion to Dismiss Chapter 13 Case has been continued to **March 03, 2020** at **9:00 AM** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, COURTROOM 8, MIAMI, FL 33128**.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice Continuing Trustee's Motion to Dismiss was mailed to those parties listed on this 11th day of February, 2020.

                                                   */s/ Nancy K. Neidich*_____
                                                   NANCY K. NEIDICH, ESQUIRE
                                                   STANDING CHAPTER 13 TRUSTEE
                                                   P.O. BOX 279806
                                                 MIRAMAR, FL  33027-9806

NOTICE CONTINUING TRUSTEE'S MOTION TO DISMISS
CASE NO.: 18-17662-BKC-LMI

## SERVICE LIST

### COPIES FURNISHED TO:

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

### DEBTOR
DIANE DIXON
17926 N W 40 TH COURT
OPA LOCKA, FL 33055

### ATTORNEY FOR DEBTOR
MARIA ALVAREZ, ESQUIRE
4343 W. FLAGLER ST., STE 100
MIAMI, FL 33134

**MARIA ALVAREZ, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.