

ORDERED in the Southern District of Florida on March 6, 2020.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  18-17662-BKC-LMI
PROCEEDING UNDER CHAPTER 13

IN RE:

DIANE DIXON

DEBTOR_____/

**ORDER DENYING TRUSTEE'S MOTION TO DISMISS**

**THIS CASE** came to be heard on March 3, 2020 for the Trustee's Motion to Dismiss and based on the record

**ORDERED AS FOLLOWS:**

1. The Motion to Dismiss is **DENIED WITHOUT PREJUDICE**.

###

ORDER DENYING TRUSTEE'S MOTION TO DISMISS
CASE NO.:  18-17662-BKC-LMI

**ORDER SUBMITTED BY:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**COPIES FURNISHED TO:**

**DEBTOR**
DIANE DIXON
17926 N W 40 TH COURT
OPA LOCKA, FL  33055

**ATTORNEY FOR DEBTOR**
MARIA ALVAREZ, ESQUIRE
4343 W. FLAGLER ST., STE 100
MIAMI, FL  33134

**MARIA ALVAREZ, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS ORDER TO ALL CREDITORS AND INTERESTED PARTIES, IMMEDIATELY UPON RECEIPT THEREOF.