**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re: Diane Dixon               Case No. 18-17662-LMI
                                 Chapter 13

_____Debtor_____/

## CERTIFICATE OF SERVICE

Debtor certifies that a copy of the *Order Granting Debtor's Motion to Modify Plan and Approving Ninth Modified Chapter 13 Plan* [D.E. 124]; *Order Denying Trustee's Motion to Dismiss* [D.E. 125] was sent via CM/ECF on March 6, 2020, to:

Stefan Beuge, Esq. on behalf of Creditor Bank of America, N.A
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Carla A Jones on behalf of Creditor Le Jeune Gardens Homeowners Association, Inc.
carla@cjlawoffices.com, service@cjlawoffices.com

Alexandra R Kalman on behalf of Creditor Bank of America, N.A/Carrington Mortgage Services, LLC.
akalman@lenderlegal.com, dokraska@lenderlegal.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**Served by First Class Mail on March 12, 2020:**

Westlake Financial Services
c/o Marvin Stanton, Registered Agent
2820 Townsgate Rd, #204
Westlake Village, CA 91361

Westlake Financial Services
c/o Corporate Creations Network Inc., Registered Agent
11380 Prosperity Farms Rd. #221E
Palm Beach Gardens, FL 33410

Westlake Financial Services
c/o Ian Anderson, MGR
4751 Wilshire Blvd, Suite 100
Los Angeles, CA 90010

Valerie Smith on behalf of Synchrony Bank
PRA Receivables Management, LLC
c/o Valerie Smith
PO Box 41021
Norfolk, VA 23541
claims@recoverygroup.com

AT&T Corp by American InfoSource as agent
4515 N Santa Fe Avenue
Oklahoma City, OK 73118
POC_AIS@americaninfosource.com

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Bankruptcy_Info@portfoliorecovery.com

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701
proofofclaim@becket-lee.com

Bank of America, N.A.
c/o Prober & Raphael, a Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

Bank of America, N.A.
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

     I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

                         Respectfully submitted,

                         Legal Services of Greater Miami, Inc.
                         Attorney for Debtor
                         Address: 4343 West Flagler Street, Suite 100
                         Telephone/Fax: (305) 438-2423
                         Email: malvarez@legalservicesmiami.org
                               /s/
                         Maria Alvarez
                         Florida Bar No.: 57141