**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI   DIVISION**
www.flsb.uscourts.gov

In Re: Diane Dixon                                     Case No.18-17662-LMI

        Debtor(s) .                                        Chapter 13
_____/

### DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to Local Rule 9013-1, debtor Diane Dixon moves the Court to modify her Chapter 13 Plan, to provide for creditor Bank of America's March 9, 2020, Notice of Post Petition Mortgage Fees, Expenses and Charges.

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

By       /s/     *Carolina Lombardi*
   Carolina A. Lombardi
   Florida Bar No.   241970
   Attorney for Debtor
   4343 West Flagler Street, Suite 100
   Miami, FL 33134
   Telephone/Facsimile: (305) 438-2427
   Email: CLombardi@legalservicesmiami.org
   Alt email: sfreire@legalservicesmiami.org