**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI   DIVISION**
www.flsb.uscourts.gov

In Re: Diane Dixon                              Case No.18-17662-LMI

                    Debtor(s) .                 Chapter 13
_____/

### **DEBTOR'S NOTICE OF WITHDRAWAL OF DOCUMENT DE #130**

PLEASE TAKE NOTICE THAT, on behalf of debtor DIANE DIXON, by and through her undersigned counsel, gives notice of withdrawal of [DE 130] filed on April 3,2020.

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.

By _____/s/_____ *Carolina Lombardi*_____
        Carolina A. Lombardi
        Florida Bar No.   241970
        Attorney for Debtor
        4343 West Flagler Street, Suite 100
        Miami, FL 33134
        Telephone/Facsimile: (305) 438-2427
        Email: CLombardi@legalservicesmiami.org
        Alt email: sfreire@legalservicesmiami.org