UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Diane Dixon                                Case No. 18-17662-LMI
                                                  Chapter 13

_____Debtor_____/

**CERTIFICATE OF SERVICE**

Debtor certifies that a copy of the *Debtor's Motion to Modify Plan* [DE 133] and Notice of Hearing [DE 134] were sent via CM/ECF on April 6, 2020, to:

Stefan Beuge, Esq. on behalf of Creditor Bank of America, N.A
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Carla A Jones on behalf of Creditor Le Jeune Gardens Homeowners Association, Inc.
carla@cjlawoffices.com, service@cjlawoffices.com

Alexandra R Kalman on behalf of Creditor Bank of America, N.A/Carrington Mortgage Services, LLC.
akalman@lenderlegal.com, dokraska@lenderlegal.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**Served by First Class Mail on April 6, 2020:**

Westlake Financial Services
c/o Marvin Stanton, Registered Agent
2820 Townsgate Rd, #204
Westlake Village, CA 91361

Westlake Financial Services
c/o Corporate Creations Network Inc., Registered Agent
11380 Prosperity Farms Rd. #221E
Palm Beach Gardens, FL 33410

Westlake Financial Services
c/o Ian Anderson, MGR
4751 Wilshire Blvd, Suite 100
Los Angeles, CA 90010

In re: Diane Dixon
Page 2
------------------

Valerie Smith on behalf of Synchrony Bank
PRA Receivables Management, LLC
c/o Valerie Smith
PO Box 41021
Norfolk, VA 23541

AT&T Corp by American InfoSource as agent
4515 N Santa Fe Avenue
Oklahoma City, OK 73118

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Bank of America, N.A.
c/o Prober & Raphael, a Law Corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364

Bank of America, N.A.
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

DATED: April 6, 2020        Respectfully submitted,

                            LEGAL SERVICES OF GREATER MIAMI, INC.

                            By   /s/ Carolina A. Lombardi
                                Carolina A. Lombardi
                                Florida Bar No.  249170
                                Attorney for Debtor
                                4343 W. Flagler Street, Suite 100
                                Miami, FL 33134
                                Tel & Fax: (305) 438-2427
                                Primary Email: Clombardi@legalservicesmiami.org
                                Secondary Email: SFreire@legalservicesmiami.org