# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**CASE NO.: 18-17662-BKC-LMI**
PROCEEDING UNDER CHAPTER 13

IN RE:

DIANE DIXON

DEBTOR_____/

## NOTICE CONTINUING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

**YOU ARE HEREBY NOTIFIED** that the Debtor's Motion to Modify Confirmed Plan has been continued to **August 06, 2020** at **9:00 AM** by TELEPHONE. To participate call, Court Solutions (917)746-7476. If a party is unable to register online (https://www.court-solutions.com), a reservation may also be made by telephone at (917) 746-7476.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice Continuing Debtor's Motion to Modify Confirmed Plan was mailed to those parties listed on this 17th day of July, 2020.

              _/s/ Nancy K. Neidich_____
              NANCY K. NEIDICH, ESQUIRE
              STANDING CHAPTER 13 TRUSTEE
              P.O. BOX 279806
              MIRAMAR, FL  33027-9806

NOTICE CONTINUING DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN
CASE NO.:  18-17662-BKC-LMI

## SERVICE LIST

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**DEBTOR**
DIANE DIXON
17926 N W 40 TH COURT
OPA LOCKA, FL  33055

**ATTORNEY FOR DEBTOR**
MARIA ALVAREZ, ESQUIRE
4343 W. FLAGLER ST., STE 100
MIAMI, FL  33134

**MARIA ALVAREZ, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.