**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Diane Dixon                                    Case No. 18-17662-LMI
                                                      Chapter 13

_____Debtor_____/

### CERTIFICATE OF SERVICE

Debtor certifies that a copy of the *Order Granting Motion to Modify Plan and Approving Thirteen Modified Plan (DE 151) dated August 24, 2020* was sent via CM/ECF on August 25, 2020, to:

Stefan Beuge, Esq. on behalf of Creditor Bank of America, N.A
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Julian Cotton on behalf of Creditor Bank of America, N.A
jcotton@padgettlaw.net

Carla A Jones on behalf of Creditor Le Jeune Gardens Homeowners Association, Inc.
carla@cjlawoffices.com, service@cjlawoffices.com

Alexandra R Kalman on behalf of Creditor Bank of America, N.A
akalman@lenderlegal.com, dokraska@lenderlegal.com;eservice@lenderlegal.com

Gerard M Kouri Jr., Esq on behalf of Creditor Bank of America, N.A
gmkouripaecf@gmail.com, gmkouri@bellsouth.net

Lee S Raphael on behalf of Creditor Bank of America, N.A
ecf3@ecf.courtdrive.com, cmartin@pralc.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**And Served by First Class Mail:**

AT&T Corp by American InfoSource as agent
4515 N Santa Fe Avenue
Oklahoma City, OK 73118

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

In re: Diane Dixon
18-17662-LMI
Page 2
_____ /

    Capital One, N.A.
    c/o Becket and Lee LLP
    PO Box 3001
    Malvern, PA 19355-0701

    I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

DATED:  August 25, 2020        Respectfully submitted,

                              LEGAL SERVICES OF GREATER MIAMI, INC.

                              By  /s/ Carolina A. Lombardi
                                  Carolina A. Lombardi
                                  Florida Bar No.  0249170
                                  Attorney for Debtor
                                  4343 W. Flagler Street, Suite 100
                                  Miami, FL 33134
                                  Tel & Fax: (305) 438-2427
                                  Primary Email: Clombardi@legalservicesmiami.org
                                  Secondary Email: SFreire@legalservicesmiami.org