**Fill in this information to identify the case:**

Debtor 1 ___Diane Dixon___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: __Southern__ District of __FL__
(State)

Case number __18-17662-LMI__

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Bank of America, N.A.

**Court claim no.** (if known): 6-1

**Last 4 digits** of any number you use to identify the debtor's account: 6 3 0 7

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice: ___/___/___

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | _____ | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | _____ | (2) | $ _____ |
| 3. Attorney fees | _____ | (3) | $ _____ |
| 4. Filing fees and court costs | _____ | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | _____ | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | _____ | (6) | $ _____ |
| 7. Property inspection fees | _____ | (7) | $ _____ |
| 8. Tax advances (non-escrow) | _____ | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | _____ | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | _____ | (10) | $ _____ |
| 11. Other. Specify: Review/Analyze Amended Plan | 11/06/19, 12/17/19, 01/13/20 ($150.00 each) | (11) | $ 450.00 |
| 12. Other. Specify:_____ | _____ | (12) | $ _____ |
| 13. Other. Specify:_____ | _____ | (13) | $ _____ |
| 14. Other. Specify:_____ | _____ | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Diane Dixon
         First Name  Middle Name  Last Name

Case number (*if known*) 18-17662-LMI

# Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ _/s/ DTBr_
Signature

Date 01/31/2020

Print:  Diana   Torres-Brito
        First Name  Middle Name  Last Name

Title  Attorney

Company  Prober & Raphael, A Law Corporation

Address  20750 Ventura Boulevard, Suite 100
         Number  Street
         Woodland Hills      CA      91364
         City                State   ZIP Code

Contact phone  (818) 227-0100

Email  Email: cmartin@pralc.com

## SPECIAL NOTICE

## THE FOLLOWING NOTICE IS GIVEN TO YOU IN THE EVENT THAT THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT APPLIES TO THIS COMMUNICATION.

The following statement provides you with notice of certain rights which you may have by law. <u>Nothing in this statement modifies or changes the hearing date or response time specified in the attached documents</u> or your need to take legal action to protect your rights in this matter. No provision of the following statement modifies or removes your need to comply with local rules concerning the attached documents.

## CONSUMER DISCLOSURE

This communication is made in an attempt to collect on a debt or judgment and any information obtained will be used for that purpose. Please be advised that if you notify Prober and Raphael, ALC within 30 days that all or a part of your obligation or judgment is disputed, then Prober and Raphael, ALC will mail you a written verification of the obligations or judgment and the amounts owed to Bank of America, N.A.

.

In addition and upon your request within 30 days, you will be provided with the name and address of the original creditor, if different from the current creditor.

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Ricardo Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 2/3/2020, I served the within NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Diane Dixon
17926 NW 40 Court
Opa Locka, FL 33055
Debtor

Maria Alvarez, Esquire
Legal Services of Greater Miami, Inc.
4343 West Flagler Street #100
Miami, FL 33134
Attorney for Debtor

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 2/3/2020 at Woodland Hills, California.

/s/ Ricardo Soria